UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LEE MARTIN,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>DEBRA DEXTER, et al.,<br><br>　　　　　　Respondent. | ) CV 08-5175-CBM (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: 9/25/09

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE